UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:11-cv-60653-PAS

ACCESS 4 ALL, INC., a
Florida Not-For-Profit Corporation, and
JOE HOUSTON, Individually,

     Plaintiffs,

v.

TSA STORES, INC.,
a Foreign Corporation,

     Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Access 4 All, Inc. and Joe Houston and Defendant, TSA Stores, Inc. hereby

files this Joint Stipulation of Voluntary Dismissal With Prejudice.  The parties agree that this

action be hereby dismissed with prejudice, that all pending motions be denied as moot, and that

each party is to bear its own attorney's fees and costs.

Dated: April 20, 2011               Respectfully submitted,

By:    s/Philip Michael Cullen       By:    s/Steven A. Siegel
       Philip Michael Cullen               Steven A. Siegel
       Fla. Bar No. 167853               Fla. Bar No. 0497274
       Cullen@thomasbaconlaw.com        ssiegel@laborlawyers.com
       Thomas B. Bacon, P.A.             FISHER & PHILLIPS LLP
       621 South Federal Highway        450 East Las Olas Boulevard
       Suite 4                       Suite 800
       Fort Lauderdale, FL 33301         Fort Lauderdale, Florida 33301
       Telephone (954) 462-0600         Telephone (954) 525-4800
       Facsimile (954) 462-1717          Fax (954) 525-8739

       *Attorneys For Plaintiffs*           *Attorneys for Defendant*